| | |
|---|---|
| 1 | GEORGE W. ABELE (SBN 149846) |
| 2 | georgeabele@paulhastings.com |
|   | RYAN J. CRAIN (SBN 266172) |
| 3 | ryancrain@paulhastings.com |
|   | PAUL HASTINGS LLP |
| 4 | 515 South Flower Street |
|   | Twenty-Fifth Floor |
| 5 | Los Angeles, CA  90071-2228 |
|   | Telephone:  1(213) 683-6000 |
| 6 | Facsimile:  1(213) 627-0705 |

```
                    FILED
            CLERK, U.S. DISTRICT COURT

              November 16, 2015.

         CENTRAL DISTRICT OF CALIFORNIA
         BY:____VPC____ DEPUTY
```

Attorneys for Defendants
BETA OPERATING COMPANY, LLC and
MEMORIAL PRODUCTION PARTNERS LP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JEFFERSON, an individual, | CASE NO. 2:15-CV-04966 |
| Plaintiff, | **JUDGMENT** |
| vs. | **[FED. R. CIV. P. 56]** |
| BETA OPERATING COMPANY, LLC, dba BETA OFFSHORE, a Delaware limited liability company; MEMORIAL PRODUCTION PARTNERS LP, a Delaware limited partnership; and DOES 1 through 100, inclusive, | Date:  November 9, 2015<br>Time:  10:00 a.m.<br>Ctrm:  1 |
| Defendants. | |

LEGAL_US_W # 84030456.1

[PROPOSED] JUDGMENT

1   On November 3, 2015, the Court issued an order granting, in full, Defendants Beta Operating Company, LLC's and Memorial Production Partners LP's ("Defendants'") Motion for Judgment on the Pleadings, finding there is no issue of material fact as to any of Plaintiff Andre Jefferson's claims and Defendants are entitled to judgment as a matter of law on all of Plaintiff's claims.

The foregoing having fully adjudicated all causes of action in Plaintiff's operative complaint, the Court hereby enters judgment as follows:

1.   Judgment is entered in favor of Defendants Beta Operating Company, LLC and Memorial Production Partners LP;

2.   Plaintiff takes nothing by his complaint and his complaint is dismissed with prejudice; and

3.   Defendants are to recover from Plaintiff its costs of suit herein.

DATED: November _16, 2015        *S. James Otero*
                                  ─────────────────────────────
                                  Hon. S. James Otero
                                  United States District Court Judge


Respectfully Submitted by:

GEORGE W. ABELE
RYAN J. CRAIN
PAUL HASTINGS LLP


By:     /s/ Ryan J. Crain
        ─────────────────────
        RYAN J. CRAIN

Attorneys for Defendants
BETA OPERATING COMPANY, LLC and
MEMORIAL PRODUCTION PARTNERS LP

LEGAL_US_W # 84030456.1                    -1-                    [PROPOSED] JUDGMENT