NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JEFFERSON, an individual; and HOWARD THOMPSON, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BETA OPERATING COMPANY, LLC, dba BETA OFFSHORE, a Delaware limited liability company; MEMORIAL PRODUCTION PARTNERS, LP, a Delaware limited partnership; AMPLIFY ENERGY CORP., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-04966-DOC-PLA<br><br>Honorable David O. Carter<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed:　May 6, 2015<br>Removed:　　　　July 1, 2015<br>FAC filed:　　　　October 21, 2019<br>SAC filed:　　　　April 16, 2020 |

# ORDER

Having considered the papers and finding that good cause exists, the Parties' Stipulated Protective Order lodged on July 28, 2020, is **granted as modified.**

**IT IS SO ORDERED.**

DATED: July 29, 2020

Hon. Paul L. Abrams
United States Magistrate Judge